■ WESLEY T. MCALLISTER, Respondent, v PATRICIA J. MC-ALLISTER, Appellant. (Appeal No. 2.) [775 NYS2d 656]—Appeal from an order of the Supreme Court, Cattaraugus County (Larry M. Himelein, A.J.), entered January 24, 2003. The order directed defendant to pay counsel fees to plaintiff's attorney in the amount of $2,500.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *McAllister v McAllister* (6 AD3d 1141 [2004]). Present—Pigott, Jr., P.J., Green, Wisner, Scudder and Gorski, JJ.